UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 04 CR 778-3 |
| | ) | |
| Krystyna Dziewit | ) | Honorable Samuel Der-Yeghiayan |
| | ) | |
| | ) | |

MOTION OF THE UNITED STATES TO DISMISS
THE INDICTMENT AGAINST DEFENDANT
<u>WITH PREJUDICE</u>

The UNITED STATES OF AMERICA, through its attorney, PATRICK J. FITZGERALD, the United States Attorney for the Northern District of Illinois, moves to dismiss the Indictment in this action with prejudice as to defendant KRYSTYNA DZIEWIT.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: <u>/s/Stephen A. Kubiatowski</u>
Stephen A. Kubiatowski
Assistant United States Attorney
219 S. Dearborn St., 5th Floor
Chicago, Illinois 60604
(312) 353-0589